UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| GALE P PELFREY ) | |
| ) | CASE NO. R13-42152-PWB |
| ) | |
| DEBTOR(S) ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

Check Number: 1016
Check Date:    01/31/2017

| Payee Name | Amount |
|---|---|
| MEMORIAL GARDENS | $1,012.84 |

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, February 14, 2017, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

SALTER & SALTER PC
P O BOX 609
ROME, GA  30162-6063

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063  622149
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110